Rockledge Municipal Authority *v.* E. Leva & Sons, Inc. et al., Appellants.

Argued January 7, 1969. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Paul D. North,* with him *Duffy, North, Duffy & Wilson,* for appellants.

*Harry C. Barbin,* for appellee.

Opinion Per Curiam, April 23, 1969:

Judgment affirmed.